## Synopsis

| | |
|---|---|
| **Name:** | Sergey Bachkovsky |
| **Address:** (City & State Only) | Greene, Maine |
| **Year of Birth and Age:** | 1971 / 53 |
| **Violations:** | Lacey Act Trafficking in violation of 16 U.S.C. § 3372(a)(1). |
| **Penalties:** | Imprisonment of not more than 5 years, a fine, or both. *See* 16 U.S.C. § 3373(d)(1)(B). A fine up to $250,000 may be imposed, except that if any person derives pecuniary gain from the offense, or if the offense results in pecuniary loss to a person other than the defendant, the defendant may be fined not more than the greater of twice the gross gain or twice the gross loss. *See* 18 U.S.C. § 3571(b)(3) and (d).<br><br>This is a class E felony pursuant to 18 U.S. Code § 3559(a)(5). |
| **Supervised Release:** | Not more than one year. *See* 18 U.S.C. § 3583(b)(3). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Not more than one year. *See* 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Up to one year, less any term of imprisonment imposed upon revocation. *See* 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Heather Gonzales, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | United States Fish and Wildlife Service – Special Agent John Thompson |
| **Detention Status:** | TBD |
| **Foreign National:** | Yes |
| **Foreign Consular Notification Provided:** | Notification to be provided. |
| **County:** | Androscoggin |
| **AUSA:** | Nicholas Scott |

| | |
|---|---|
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?  Y/N** | No |
| **Assessments:** | $100.00 per count. *See* 18 U.S.C. § 3013(a)(2)(A). |
| **Forfeiture? Y/N** | Yes |