UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | CASE NO. 2:25-cr-00128-LEW-1 |
| SERGEY BACHKOVSKY | ) | |

AFFIRMATION OF LOST AND/OR
NON-POSSESSION OF TRAVEL DOCUMENTS

I, SERGEY BACHKOVSKY, have been ordered to surrender my passport or other travel documents as a condition of my bail. At this time, I cannot surrender these documents because they are lost through no purposeful action of my own and/or I do not possess such documents. I understand that if I locate my travel documents, I must immediately turn them over to the United States District Court District of Maine, Clerk's Office. I will not apply for a passport or other travel document during the pendency of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of September, 2025.

_____
Signature of Defendant